# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIVERSITY OF KANSAS HOSPITAL AUTHORITY, *et al.*,<br><br>       Plaintiffs,<br><br>       v.<br><br>KATHLEEN SEBELIUS, in her official capacity as Secretary of Health and Human Services,<br><br>       Defendant. | Civil Action No. 11-cv-1382 (BJR)<br><br>ORDER GRANTING MOTION TO STAY |

Upon review of the parties' *Joint Motion To Stay Case* [dkt. #9], and for good cause shown, it is, hereby,

**ORDERED** that the parties' *Joint Motion To Stay Case* is **GRANTED**. It is further, hereby,

**ORDERED** that this case is **STAYED** pending a final decision by the United States Court of Appeals for the District of Columbia in *Baptist Memorial Hospital, Inc. v. Sebelius*, Case No. 11-5113 ("Baptist Memorial"). It is further, hereby,

**ORDERED** that parties will file notice with this court upon the issuance of a final decision in Baptist Memorial. Finally, it is, hereby,

**ORDERED** that, not later than thirty (30) days following the date of the final decision in Baptist Memorial, the parties shall file a joint proposed scheduling order for the management of this case.

**SO ORDERED.**

Dated: September 23, 2011

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE